UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------x
James Leone,

                          Plaintiff,

  -v.-

Equifax Information Services, LLC,
Transunion, LLC,
JP Morgan Chase Bank, N.A.,

                        Defendants.
---------------------------------------------------------------------x

Civil Action No:
2:22-cv-714

**NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC**

Notice is hereby given that the Plaintiff and the Defendant, Trans Union, LLC, have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 14th day of April, 2022

                                                */s/Yaakov Saks*
                                                Yaakov Saks, Esq.
                                               **Stein Saks, PLLC**
                                               One University Plaza
                                               Hackensack, NJ 07601
                                               Phone: 201-282-6500
                                               ysaks@steinsakslegal.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 14, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      */s/ Yaakov Saks*
                                      Yaakov Saks, Esq.