UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES LEONE,<br><br>                  Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>TRANSUNION, LLC,<br>JPMORGAN CHASE BANK, N.A.,<br><br>                  Defendants. | Case No 2:22-cv-00714-SDW-JBC<br><br>**STIPULATION OF DISMISSAL<br>AS TO CHASE ONLY** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff James Leone ("Leone") and defendant JPMorgan Chase Bank, N.A. ("Chase") that, pursuant to FRCP 41(a), all of the claims by Leone against Chase in the captioned matter are hereby discontinued in their entirety, with prejudice, and without costs to any party.

Dated: November 30, 2022

| | |
|---|---|
| STEIN SAKS, PLLC<br>*Attorneys for Plaintiff James Leone* | TURCOTTE LAW, P.C.<br>*Attorneys for Defendant JPMorgan Chase Bank, N.A.* |
| By:   /s/Yaakov Saks<br>       Yaakov Saks<br>One University Plaza, Suite 620<br>Hackensack, New Jersey 07601<br>(201) 282-6500 ext. 101 | By:   /s/Christopher B. Turcotte<br>       Christopher B. Turcotte<br>575 Madison Avenue, Suite 1006<br>New York, New York 10022<br>(212) 937-8499 |

SO ORDERED.

_/s/ Susan D. Wigenton_
Hon. Susan D. Wigenton
United States District Judge
Dated: December 5, 2022